IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MOHAMMED HASSAN,

                Plaintiff,

v.                                1:06-cv-653-WSD

PCJ AUTO SALES, LLC and
JOSEPH PIERRE WILLIAM,

                Defendants.

**OPINION AND ORDER**

This matter is before the Court on its sua sponte consideration of recusal. This lawsuit involves claims for alleged misrepresentation of the mileage on a used car sold to the Plaintiff. Plaintiff alleges he was told the car had 105,030 miles, where it actually had 177,370 miles and asserts nine causes of action.

The case was set down for trial on September 17, 2007, after an unsuccessful mediation. On August 31, 2007, counsel for Defendants PCJ Auto Sales, LLC (which may or may not still be in business) and Williams (who has been deported) filed their Motion for an Order Requesting Withdrawal on the grounds that an irreconcilable conflict recently has arisen in their representation of the Defendants and because they otherwise have not been paid for the legal services they have

rendered.

On September 5, 2007, the Court conducted a telephone conference to discuss the motion to withdraw and otherwise to consider how to manage this case. During the course of this discussion, the Court inquired whether this matter might be resolved. In this discussion, the Court observed that the amount in controversy did not appear significant, and the prospect for a recovery was limited. The Court asked Plaintiff's counsel if these considerations weighed against a significant additional investment in the litigation of the case. This comment invoked a hostile retort from counsel for the Plaintiff, and counsel accused the Court of seeking to "balk"[1] the Plaintiff. Plaintiff's counsel further commented that he did not appreciate the Court's observations about the case. The Court finds these comments impertinent and inappropriate.

Considering that the parties have requested a bench trial and that counsel for the Plaintiff has now suggested that the Court cannot objectively consider Plaintiff's position in this litigation,

---

[1] "Balk" is defined: to stop short and refuse to proceed; to refuse abruptly. Merriam-Webster's Collegiate Dictionary (10th ed.).

**IT IS HEREBY ORDERED** that the Court recuses from this matter.

**IT IS FURTHER ORDERED** that this case should be reassigned by the Clerk of Court to another judge according to the Court's internal operating procedures.

**SO ORDERED** this 10th day of September, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE